## WEIR V. THE STATE.

(Two cases.)
(Decided Jan. 11, 1912.)

APPEAL from Gadsden City Court.

Heard before Hon. JAMES A. BILBRO.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Abated by death of appellant.

## WILLIAMS V. THE STATE.

(Decided Nov. 30, 1911.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. No error of record. Affirmed.

## WILLIAMS V. THE STATE.

(Decided Jan. 30, 1911.)

APPEAL from Pike County Law Court.

Heard before Hon. T. L. BORUM.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. No error in the record. Affirmed.

## WILSON V. THE STATE.

(Decided Dec. 19, 1911.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.